UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

BUTTNUGGET PUBLISHING,
CORE MUSIC PUBLISHING,
BIG SKY MUSIC,
DWARF MUSIC,
MPCA KING OF SPADES,　　　　　　　　　　Civil Action No. 11-CV-00318
RAMS HORN MUSIC,　　　　　　　　　　　　(MAD/RFT)
SNIDEST MUSIC, and
SPECIAL RIDER MUSIC,

　　　　　　　　　Plaintiffs,

　　v.　　　　　　　　　　　　　　　　　　　　JURY TRIAL DEMANDED

RADIO LAKE PLACID, INC., PRESCOTT
HOUSE, LLC, and
EDWARD S. MORGAN,

　　　　　　　　　Defendants.

------------------------------------------------------------

## CONSENT JUDGMENT

Upon consideration of the Joint Motion for Entry of Default Judgment filed by the parties, the Court hereby enters final judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1.　　　　Final judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $150,000.

2.　　　　Pursuant to 17 U.S.C. § 502(a), Defendants and all persons acting under their direction, control, permission or authority, are hereby permanently enjoined and restrained from publicly performing any copyrighted compositions published by the Plaintiffs without license from SESAC, Inc. or authorization from some other source.

Entered this <u>15</u> day of <u>November</u>, 2011.

_____
United States District Judge